**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| PATRICK D. CUMMINS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-1143<br><br>Judge Edmund A. Sargus<br><br>Magistrate Judge Chelsey M. Vascura |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Under Rule 6(b) of the Federal Rules of Civil Procedure, Defendants respectfully move for an extension of the October 19, 2026, deadline to answer, move, or otherwise respond to the Plaintiff's Complaint (ECF No. 1), including Plaintiff's Request for Judicial Notice (ECF No. 1-2).

For the reasons set forth in the accompanying memorandum, Defendants request an additional 30 days. Consistent with Local Rule 7.3, on October 7, 2026, undersigned counsel conferred with Plaintiff, who stated that he does not oppose Defendants' extension request.

Respectfully submitted,
DOMINICK S. GERACE II
United States Attorney

*/s/Christopher G. Wilson*
Christopher G. Wilson (0092705)
Assistant United States Attorney
303 Marconi Blvd. Ste 200
Columbus, OH 43215
Office: (614) 469-5715
Fax: (614) 469-2769
Email: christopher.wilson4@usdoj.gov
Attorney for Defendants

## MEMORANDUM IN SUPPORT

Defendants move for a 30-day extension of the October 19, 2026, deadline to answer, move, or otherwise respond to Plaintiff's Complaint, including his Request for Judicial Notice. If granted, the new deadline will be November 18, 2026. Plaintiff does not oppose this extension.

Rule 6(b) of the Federal Rules of Civil Procedure provides that a court may for "good cause" extend deadlines for a party to act. Fed. R. Civ. P. 6(b)(1)(A). Here, Defendants request this extension of time to prepare a response to Plaintiff's Complaint because the agencies are still working to respond to the underlying Freedom of Information Act (FOIA) requests that Plaintiff submitted. Granting the requested extension will allow additional time for the agencies to conduct their searches, to review the results of those searches, and potentially to release any responsive documents, subject to any applicable privileges and FOIA exceptions. This request therefore does not serve to delay this lawsuit. Rather, an extension promotes efficiency and conserves the parties' and this Court's resources. Defendants therefore submit that good cause exists for this request and ask the Court to grant the Motion. A proposed Order is attached as Exhibit 1.

(*Signatures on following page.*)

Respectfully submitted,
DOMINICK S. GERACE II
United States Attorney

*/s/Christopher G. Wilson*
Christopher G. Wilson (0092705)
Assistant United States Attorney
303 Marconi Blvd. Ste 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-2769
Email: christopher.wilson4@usdoj.gov
Attorney for Defendants