**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| PATRICK D. CUMMINS,<br>PLAINTIFF,<br>V.<br>UNITED STATES DEPARTMENT OF DEFENSE;<br>UNITED STATES DEPARTMENT OF THE NAVY;<br>UNITED STATES MARINE CORPS; AND<br>UNITED STATES CENTRAL COMMAND,<br>DEFENDANTS. | CIVIL ACTION NO. 2:26-CV-1143 |

**NOTICE OF UNAVAILABILITY**

Plaintiff Patrick D. Cummins gives notice that he will be unavailable from **Monday, November 16, 2026, through December 6, 2026**, inclusive.

During this period, Plaintiff will be unable to attend hearings or conferences, or to respond to motions or other filings. Plaintiff respectfully requests that the Court and Defendants refrain from scheduling any hearing, conference, or other matter requiring Plaintiff's participation during this period, and that any deadline for Plaintiff that would otherwise fall within this period be set for a date after December 6, 2026.

This notice is filed in good faith and not for purposes of delay. It is not intended to, and does not, extend any deadline previously set by the Court or by the Federal Rules of Civil Procedure or the Local Rules of this Court absent further order.

Dated: October 15, 2026.

/s/Patrick D. Cummins
Patrick D. Cummins (Ohio Bar No. 0105801)
DEAN CUMMINS LAW FIRM
470 W Broad St. #22
Columbus, Ohio 43215
Telephone: (502) 445-9880
Patrick@CumminsIP.com

Plaintiff, pro se

## CERTIFICATE OF SERVICE

On October 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all counsel of record.

/s/Patrick D. Cummins
Patrick D. Cummins