IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PATRICK D. CUMMINS,<br>PLAINTIFF,<br>V.<br>UNITED STATES DEPARTMENT OF DEFENSE;<br>UNITED STATES DEPARTMENT OF THE NAVY;<br>UNITED STATES MARINE CORPS; AND<br>UNITED STATES CENTRAL COMMAND,<br>DEFENDANTS. | CIVIL ACTION NO. 2:26-CV-1143<br>JUDGE EDMUND A. SARGUS<br>MAGISTRATE JUDGE CHELSEY M. VASCURA |

**Declaration of Plaintiff Patrick D. Cummins in Support of His Objection to the Order Granting Defendants' Second Motion for Extension of Time**

I, Patrick D. Cummins, declare as follows under 28 U.S.C. § 1746:

1. I am the Plaintiff in this action and appear pro se. I make this declaration from personal knowledge.

2. On November 12, 2026, I received an email from Christopher G. Wilson, Assistant United States Attorney and counsel for Defendants, stating that he planned to move for a 21-day extension of time to respond to the Complaint and asking for my position.

3. I replied by email the same day, stating: "We will oppose the extension."

4. Exhibit A to this declaration is a true and correct copy of that email exchange as it appears in my email account. The yellow highlighting on the word "Chris" in two places was added by my email program's search function and is not part of the original messages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2026.

/s/Patrick D. Cummins
Patrick D. Cummins
Plaintiff, pro se