**Exhibit A**

**Cummins v. United States Department of Defense, et al., Case No. 2:26-cv-1143**

**Email exchange between Christopher G. Wilson and Patrick D. Cummins, November 12, 2026**

**From** Wilson, Christopher (USAOHS) <Christopher.Wilson4@usdoj.gov> Nov 12

**To** Patrick Cummins

Patrick – I plan to move for a 21-day extension of time to respond to your complaint. This would be Defendants' second extension. CENTCOM is continuing to process your FOIA request, and my understanding is that its response is nearly complete. This brief extension will allow additional time to finalize and send that response. It will also coincide with the period you indicated you would be unavailable. Please let me know your position so I can note it in the motion.

Thanks,

Christopher G. Wilson

Assistant United States Attorney

U.S. Attorney's Office for the Southern District of Ohio

303 Marconi Blvd. Ste. 200

Columbus, OH 43215

Office: (614) 255-1630

**From** Patrick Cummins <Patrick@cumminsip.com> Nov 12

**To** Wilson, Christopher (USAOHS)

We will oppose the extension.

---
Thank you,
Patrick D. Cummins